ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons; PATRICK COLLIGAN; PETER ANDREYEV

v.

DARKOWL, LLC,

      Appellant