# Exhibit 2

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1555

Atlas Data Privacy Corp, et al. v. We Inform, LLC, et al

No. 25-1556

Atlas Data Privacy Corporation et al. v. Infomatics, LLC

No. 25-1557

Atlas Data Privacy Corporation et al. v. The People Searchers, LLC

No. 25-1558

Atlas Data Privacy Corporation et al. v. DM Group, Inc.

No. 25-1559

Atlas Data Privacy Corporation et al. v. Deluxe Corporation

No. 25-1560

Atlas Data Privacy Corporation et al. v. Quantarium Alliance, LLC, and Quantarium Group, LLC

No. 25-1560

Atlas Data Privacy Corporation et al. v. Quantarium Alliance, LLC, and Quantarium Group, LLC

No. 25-1561

Atlas Data Privacy Corporation et al. v. Yardi Systems, Inc.

No. 25-1564

Atlas Data Privacy Corporation et al. v. Scalable Commerce, LLC, and National Data Analytics, LLC

No. 25-1565

Atlas Data Privacy Corporation et al. v. Labels & Lists, Inc.

No. 25-1566

Atlas Data Privacy Corporation et al. v. Innovis Data Solutions, Inc.

No. 25-1567

Atlas Data Privacy Corporation et al. v. Accurate Append, Inc.

No. 25-1568

Atlas Data Privacy Corporation et al. v. Zillow, Inc., and Zillow Group, Inc.

No. 25-1569

Atlas Data Privacy Corporation et al. v. Equimine, Inc.

No. 25-1569

Atlas Data Privacy Corporation et al. v. Equimine, Inc.

No. 25-1570

Atlas Data Privacy Corporation et al. v. Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters

Canada Limited, Thomson Reuters Applications Inc., Thomson Reuters Enterprise Centre GmbH, and West Publishing Corporation

**No. 25-1563**

Atlas Data Privacy Corporation et al. v. Civil Data Research, LLC

**No. 25-1572**

Atlas Data Privacy Corporation et al. v. Restoration of America and Voter Reference Foundation LLC

**No. 25-1573**

Atlas Data Privacy Corporation et al. v. i360, LLC

**No. 25-1574**

Atlas Data Privacy Corporation et al. v. GoHunt, LLC, GoHunt Management Holdings, LLC, and GoHunt Management Holdings II, LLC

**No. 25-1575**

Atlas Data Privacy Corporation et al. v. AccuZIP, Inc.

**No. 25-1577**

Atlas Data Privacy Corporation et al. v. Joy Rockwell Enterprises, Inc.

**No. 25-1578**

Atlas Data Privacy Corporation et al. v. FortnoffFinancial, LLC

**No. 25-1571**

Atlas Data Privacy Corporation et al. v. Melissa Data Corp.

**No. 25-1581**

Atlas Data Privacy Corporation et al. v. Nuwber, Inc.

**No. 25-1582**

Atlas Data Privacy Corporation et al. v. RocketReach LLC

**No. 25-1583**

Atlas Data Privacy Corporation et al. v. Belles Camp Communications, Inc.

**No. 25-1585**

Atlas Data Privacy Corporation et al. v. The Alesco Group, L.L.C., Alesco AI, LLC, Alesco Marketing Solutions, L.L.C., Stat Resource Group Inc., and Response Solutions Group, LLC

**No. 25-1586**

Atlas Data Privacy Corporation et al. v. Searchbug, Inc.

**No. 25-1587**

Atlas Data Privacy Corporation et al. v. Amerilist, Inc.

| | |
|---|---|
| **No. 25-1579**<br><br>Atlas Data Privacy Corporation et al. v. MyHeritage Ltd. and MyHeritage (USA), Inc. | **No. 25-1588**<br><br>Atlas Data Privacy Corporation et al. v. US Data Corporation |
| **No. 25-1580**<br><br>Atlas Data Privacy Corporation et al. v. E-Merges.com Inc. | **No. 25-1589**<br><br>Atlas Data Privacy Corporation et al. v. Smarty, LLC, and SmartyStreets, LLC |
| **No. 25-1590**<br><br>Atlas Data Privacy Corporation et al. v. Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group | **No. 25-1591**<br><br>Atlas Data Privacy Corporation et al. v. DarkOwl, LLC |
| **No. 25-1592**<br><br>Atlas Data Privacy Corporation et al. v. Spy Dialer, Inc. | **No. 25-1593**<br><br>Atlas Data Privacy Corporation et al. v. Lighthouse List Company, LLC |

| | |
|---|---|
| *Attorneys for Plaintiffs*<br><br>**PEM LAW LLP**<br>Rajiv D. Parikh<br>Kathleen Barnett Einhorn<br>Jessica A. Merejo<br>One Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Telephone: (973) 577-5500<br>Emails: rparikh@pemlawfirm.com<br>         keinhorn@pemlawfirm.com<br>         jmerejo@pemlawfirm.com | **BOIES SCHILLER FLEXNER LLP**<br>Adam Shaw (admitted *pro hac vice*)<br>30 South Pearl Street, 12th Floor<br>Albany, New York 12207<br>Telephone: (518) 434-0600<br>Email: ashaw@bsfllp.com<br><br>Mark C. Mao (admitted *pro hac vice*)<br>Julia Bront (admitted *pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, California 94104<br>Telephone: (415) 293-6800<br>Email: mmao@bsfllp.com<br>jbront@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>100 SE Second Street, Suite |

|  | 2800 Miami, Florida 33131<br>Telephone: (305) 357-8434<br>Email: jlee@bsfllp.com<br><br>Eric Palmer (admitted *pro hac vice*)<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 377-4250<br>Email: epalmer@bsfllp.com<br><br>**MORGAN & MORGAN, P.A.**<br>Ryan J. McGee (admitted *pro hac vice*)<br>John A. Yanchunis (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Email: rmcgee@forthepeople.com<br>        jyanchunis@forthepeople.com |

# DECLARATION OF JANE DOE-1

1. I am a veteran police officer working in Northern New Jersey.

2. Between 2021 and 2022, I participated in an investigation targeting a Major Criminal Organization ("MCO") operating in New Jersey.

3. This investigation led to the arrest and prosecution of a member of the MCO's leadership ("Leader").

4. The Leader has an extensive criminal history that includes threats of violence.

5. Following the Leader's arrest, further investigation of the MCO's leadership revealed that the MCO possessed photographs of my personal residence.

6. My personal residence is also the home of my spouse and our young child.

7. The photographs found in the possession of the MCO included photographs, taken at night, peering into my child's bedroom and playroom with the lights on.

8. Further investigation revealed that the MCO's leadership had hired a private investigator who used online data broker websites to obtain my home address.

9. Further investigation uncovered text messages in the possession of the MCO that indicated the MCO had been surveilling and tracking my movements to and from my home.

10. Based on the above facts and based on the likelihood that my involvement in the above-captioned litigation will limit the resources that MCOs and other criminals can use to enact retribution on law-enforcement officers who target them, I genuinely believe that disclosing my name on public documents in this litigation will expose me to an increased risk of retaliation and physical harm.

## CERTIFICATION

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 4/13/2025 | 1:10 PM EDT

*Jane Doe-1*
JANE DOE-1